IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PARAGON AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:14-CV-678-P-BN |
| | § | |
| JAMES PRICE and ALL OCCUPANTS | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the findings, conclusions, and recommendation, the case is REMANDED to County Court at Law No. 2, Kaufman County, Texas and Defendant's request for attorney's fees pursuant to 28 U.S.C. § 1447(c) is DENIED.

**IT IS SO ORDERED.**

Signed this 6th day of May, 2014.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE